# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| LORENZO EADY, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV416-200 |
| STATE OF GEORGIA, | ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

When he filed this 42 U.S.C. § 1983 case, Lorenzo Eady failed to pay the filing fee, per 28 U.S.C. § 1914(a), or submit an application for leave to proceed *in forma pauperis* (IFP), per 28 U.S.C. § 1915(a). The Clerk notified him of his fee deficiency and that he had until August 3, 2016 to pay or move for IFP status, or else face dismissal of this case. Doc. 2. Eady never complied and has apparently abandoned his claims. Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee or move to proceed IFP. *See* L.R. 41(c).

**SO REPORTED AND RECOMMENDED,** this  15th   day of August, 2016.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA