IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LORENZO EADY, JR.,

    Plaintiff,

v.                          CASE NO. CV416-200

STATE OF GEORGIA;

    Defendant.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2016.

                              WILLIAM T. MOORE, JR.
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA